United States District Court
District of Massachusetts

FILED
IN CLERKS OFFICE
2007 JUL -6 A 11: 52
U.S. DISTRICT COURT
DISTRICT OF MASS.

Plaintiffs:
Emmitt L. Ware Jr.
     V.
Defendants:
Plymouth Police Dept.

Emmitt L. Ware Jr.
26 Long Pond Rd.
Plymouth MA, 02360

# 76

07 CA 11248 NG

Complaint                    MAGISTRATE JUDGE _____

Re: Excessive force used by Plymouth P.D. during a June 18, 2007 Arrest; and injuries inflicted upon defendent.

Parties

1. I Emmitt L. Ware Jr. is a resident of Plymouth County Massachusetts and a U.S. citizen of the United States.

2. Officer: Justin Maldonson

3. Officer: Timothy MacMillan

4. Officer: Sgt. Shawn Coughlin

## Jurisdiction

4.) This Court has jurisdiction over this matter pursuant to 28 U.S.C § 1332.

## Facts

5.) On June 18, 2007 Appox: 3:30 AM Monday morning I Emmitt L. Ware Sr. came home to 55 Spooner St. Plymouth MA. As i enter my home my finance a Ms. Kristina A. Dower did not want me in the house, because she had taken out a week end restraining order out on me at the Plymouth or Brockton police station im not sure. Which i had no clue because i was not served or notified about a order.

6.) At this time i told her that i was going to take a shower, because i stayed out getting high off crack cocaine for a day an 1/2. And i needed to get ready for work. As i was taking a shower i believed i over heard my finance telling her sister to call the police. As im taking a shower i hear a knock at my bathroom door, i ask who is it? A man stated that he was Plymouth P.D. I than ask why are you hear. He tells me don't worry about it and to hurry up with my shower and to cut off.

Mine you i had a (previous) run in with (2) other Plymouth cops back in 2005 for assault & battery. So i believe they already had their minds set to do bodily harm to me this time around, because i did attempt to assulten them in which i recieved jail time (18 months) on an after a (6 month) bid i was already doing, for driving w/o a license with (5 years) of probation hanging over my head.

7.) So i proceeded to get out the shower to dry off when i notice their wasn't no towel in the bathroom. I yelled to my finance that i needed a towel, but she didn't answer my calling, i guess they told her to stay outside. Later on while i in PCCF me w my finance talk over the phone. First thing, i ask her why sh called the cops? She plainly said i didn't want you there at that time. She also told me when the police arived she was outside they ask her what she want to happened to me since i wasn't served with the order she tells them i just want him to leave.

8.) While i was waiting on a towel one of them (police officer) tried to push open the door, mine you i have no lock on the door

So i close it, telling him that i am naked, then he push it open again provoken the situation at this time. This went on for about 5-10 seconds before i was handed a towel. Mind you i was still naked. Eventually a towel came i dried off put on some underwear an a pair of gym shorts. We came out the bathroom into my kitchen. When i entered there was like 3-4 officers in my kitchen including a Sgt. Officer. I stated what seems to be the problem? One officer tells me to take a seat at my kitchen table, i told them that i was okay. I ask the Sgt. again why are you here?. He stated that i violated a restraining order an i was being arrested, i said what restraining order, i don't know anything about a order, i wasn't served or was i notified by anyone. All this time im very upset because i had (5 years) hanging over my head for probation that im about to lose my job, Yes i was very upset so i flip my kitchen table over, and thats when they jump on me like i just murder one of them.

8.) One officer grabs my left arm an wrist applying a cuff on it. While the Sgt. and other officer grabs my right arm and wrist

they are trying to put my arms behind my back. While all this is going on im just standing straight up with my arms both outward, they are struggling to put my arms behind my back. This went on for maybe like 15-20 seconds. As i stated in the beginning, i was ~~getting high~~ ~~coming down~~ off crack cocaine and my body was metabolizing ~~sugar~~ because of the after-effects of cocaine use. So thats when they started punching me and giving me knife chops to my arms, body, and face area, the beating continue on.

9) When they did put me down they all fail down on top of my back. As i was falling, my shoulder and neck went first into the bottom of my refrigarator on floor causing a sharpe pain shooting from my neck down my spincale-cord. As i lay there motionless, the defendants deliberately and repeatedly continue to punch me in my face ribs heads knocking out my front tooth while the sgt. smashed me over the head with his flash light, causing my head to bleed and swell up. The officer that held on to my left wrist all that time cause a deep cut into my wrist that cause damage to my ligaments and nerves because the cuffs was that tight. I threw not one punch at all through-out this ordeal.

10.) When they brought me to the police station i was put in a holding cell still hand cuff, bleeding from my injuries that they cause upon me. Thats when i notice that my shoulder bone was sticken out, so i started kicking on the cell door with my bare feet because they all left, I was kicking on that door for about 10 15 minutes before anyone of them responded to my banging..

11.) When they did finally arrived i told them that my shoulder maybe dislocated, they seen the bone sticken out an immediately call for a ambiance that took me to (Jordan Hospital) to be seen by a dr. While their they took x-rays of my shoulder an neck which they said was negative but gave me pain medication. They also took a look at my twisted up mouth also.

12.) At this time i am house at PCCF awaiting trail on (3) counts of assault & battery / breaking enteren of my own home an malicous damange of my own property under $250. I am having major difficulties with my neck, shoulder/wrist and my lower back which i have (2) slip disc from a previous fall from (1996). Now after the beating i have taken my back is getting worser..

13.) I Emmitt L. Ware (3) Sr.; Demands Judgment against the (3) Plymouth Police Officers that was involve in this case, For Personal Injuries an Punitive Damages of **3,000.000**

Sincerly

Emmitt L. Ware Sr.
26 Long Pond Rd.
Plymouth MA, 0.360